|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MARGARET CHAMBERLAIN, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:11-CV-140
§
625 ORLEANS, L.P., §
NEW BEAUMONT §
RETIREMENT HOTEL, and §
THE HOTEL BEAUMONT, §
§
    Defendants. §

## ORDER

The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. On April 18, 2011, Judge Giblin issued a report and recommendation on the plaintiff's request for a temporary restraining order requesting that the defendant, Hotel Beaumont, be restrained from evicting her from her apartment. Judge Giblin recommended that the Court deny the request. The plaintiff objected to the magistrate judge's recommendation.

Pursuant to the plaintiff's objections and in accordance with 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of the magistrate judge's findings, the record, the plaintiff's specific objections, and the applicable law in this proceeding. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted.

The Court ORDERS that the report and recommendation (#8) is ADOPTED. The plaintiff's objections (#10) are overruled.

The court further ORDERS that the plaintiff's request for a temporary restraining order (#5) is DENIED.

SIGNED at Beaumont, Texas, this 27th day of April, 2011.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE